IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN DOE, JANE DOE, in their individual capacities, and as parents and natural guardians of James Doe, a minor** : | CIVIL ACTION |
| v. : | NO.  24-618 |
| **THE HAVERFORD SCHOOL** : | |

# ORDER

**AND NOW**, this 27th day of October 2025, upon considering defendant's motion to exclude the expert opinion of Raymond De Sabato (DI 31), plaintiffs' opposition (DI 36), defendant's reply (DI 38), plaintiffs' supplemental memorandum (DI 44), defendant's motion for summary judgment (DI 32), plaintiffs' opposition (DI 35), defendant's reply (DI 37), following oral argument held on July 16, 2025, and for reasons in the accompanying memorandum, it is **ORDERED**:

1. Defendant's motion to exclude the expert opinion of Raymond De Sabato (DI 31) is **GRANTED**.

2. Defendant's motion for summary judgment (DI 32) is **GRANTED** in favor of defendants on plaintiffs' § 1981 discrimination and retaliation claims.  As those federal claims provided the sole basis for our jurisdiction, we decline to exercise supplemental jurisdiction over plaintiffs' remaining state claims.  This decision is without prejudice to plaintiffs' ability to refile their state claims in state court.  The Clerk of Court shall **close** this case.

_____
MURPHY, J.